UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**HENRY H. DIXON**                                    **CIVIL ACTION NO.  08-0174**

**VS.**                                              **JUDGE MELANÇON**

**WARDEN, WINN CORRECTIONS CENTER**      **MAGISTRATE JUDGE HILL**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, it is

**ORDERED** that this petition for writ of *habeas corpus* is that this petition for *habeas corpus* is **DISMISSED WITHOUT PREJUDICE** due to petitioner's failure to exhaust state court remedies.

**THUS DONE AND SIGNED** this 28th day of May, 2008 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE